ACCEPTED
03-14-00668-CV
4832193
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 3:57:50 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-14-00668-CV

## COURT OF APPEALS, THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 3:57:50 PM
JEFFREY D. KYLE
Clerk

------------------------------------------------------------------

### RAFAEL MONTEZ DE OCA, Appellant

### V.

### EDUARDO GUTIERREZ, Appellee

------------------------------------------------------------------

### APPELLEE'S UNOPPOSED MOTION FOR
### SECOND EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF THIS COURT:

Appellee, Eduardo Gutierrez, makes his second request for an extension of time to file his Brief in this cause, and would show:

1.      At present, the deadline for the filing of Appellee's Brief in this cause is April 13, 2015. Appellee requests an extension of time until **May 4, 2015** to file his Brief.

2.      Appellee requests this extension due to the workload of Appellee's attorney, especially, an expedited proceeding in Texas Education Agency Docket No. 037-LM-03-2015, styled *Austin I.S.D. v. Monica Evans,* a pending administrative hearing for April 20-22, 2105, and the related expedited discovery deadlines (April 2-8, 2015) and expedited dispositive motion schedule (deadlines the week of April 13, 2015), and pre-trial conference and related deadlines for witness and exhibit list, stipulated facts list, etc. (April 16 or 17, 2015).

3.      This request for an extension of time should be granted so that justice may be done, and because no harm or prejudice is or will be suffered by Appellant by granting

**Page 1**

this request.

4.    **CERTIFICATE OF CONFERENCE**:   On April 9, 2015, Appellee's counsel's office consulted with Appellant's counsel, Ray Bass, concerning this request, and Mr. Bass does not oppose the request.

WHEREFORE, Appellee requests an extension of time until **May 4, 2015** to file his Brief, and for such other relief to which Appellant is entitled.

<div style="margin-left:50%">

PAUL T. MORIN, P.C.
503 W. 14th Street
Austin, Texas 78701
(512) 499-8200; (512) 499-8203 fax


By: _____
    Paul T. Morin
    State Bar No. 14460550
    *pmorin@austin.rr.com*
    ATTORNEY FOR APPELLEE

</div>

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

</div>

This is to certify that on April 9, 2015, a true and correct copy of the above and foregoing was served on counsel for Appellant set forth below as follows:

*Via email: raybassattorney@gmail.com*
Ray Bass
120 W. 8th St.
Georgetown, TX 78626

<div style="margin-left:50%">

Law Offices of Paul T. Morin, P.C.


By: _____

</div>